[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16897
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 9, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00126-CR-J-32-JRK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT FRANCIS BRICKER,
a.k.a. Stratocon,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 9, 2009)

Before DUBINA, Chief Judge, BLACK and BARKETT, Circuit Judges

PER CURIAM:

W. Charles Fletcher, appointed counsel for Robert Francis Bricker in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bricker's conviction and sentence are **AFFIRMED**.